# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 21, 2018

Mr. Craig Anthony Harbaugh
Federal Public Defender's Office
Central District of California
321 E. 2nd Street
Los Angeles, CA 90012-4202

 No. 18-10732   In re: Julius Robinson
          USDC No. 4:05-CV-756
          USDC No. 4:00-CR-260-2

Dear Mr. Harbaugh,

The district court transferred the movant's second or successive 28 U.S.C. § 2255 motion to this court to determine whether to allow successive action. I advise you of the following matters, see *In re Tony Epps*, 127 F.3d 364 (5th Cir. 1997).

Under 28 U.S.C. § 2244(b)(3) you must first receive this court's permission before you can file such an action in district court.

You have **30 days** from the date of this letter to file with this court a motion for authorization to proceed in the district court, and to send the documentation below. The motion may not exceed 13,000 words pursuant to FED. R. APP. P. 32(a)(7). Please use the case number shown above in your motion. If you fail to file a motion for authorization within this 30 day period, or properly request an extension of time, the clerk will enter an order dismissing your case without further notice.

If you wish to file a second or successive § 2255 motion in the district court, you must make a prima facie showing that the movant satisfies either of the two conditions found in 28 U.S.C. § 2255(h):

  A.  there is newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable fact finder would have found the movant guilty of the offense; **or,**

  B.  there is a new rule of constitutional law, made retroactive by the Supreme Court, that was previously unavailable.

You must attach the following documentation to your § 2255 motion to this court:

1. a copy of the proposed § 2255 motion you are requesting permission to file in the district court;

2. copies of all previous § 2255 motions challenging the sentence received in any conviction for which the movant is currently incarcerated; all previous § 2241 petitions challenging the terms and conditions of the movant's imprisonment;

3. any complaint, regardless of title, that was subsequently treated by the district court as a § 2255 motion or § 2241 petition;

4. all court opinions and orders disposing of the claims advanced in (2) above;

5. all magistrate judge's reports and recommendations issued in connection with the claims advanced in (2) above.

The 30 day time limit within which this court must address your § 2255 motion will not begin to run until the clerk's office receives your response to this letter.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705