**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 10, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 18-10732    In re: Julius Robinson
                    USDC No. 4:05-CV-756
                    USDC No. 4:00-CR-260-2
                    USDC No. 4:05-CV-756

    CONSOLIDATED WITH

    No. 18-70022    USA v. Julius Omar Robinson
                    4:05-CV-756
                    4:00-CR-260-2

We have docketed the notice of appeal filed on June 29, 2018.

The court has sua sponte consolidated the cases above. The lead case is 18-10732.  A revised caption is enclosed for use on all future filings.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____
                         Mary Frances Yeager, Deputy Clerk
                         504-310-7686

Mr. Jonathan C. Aminoff
Mr. Michael B. Charlton
Ms. Susan Cowger
Mr. Craig Anthony Harbaugh
Mr. Sean Kevin Kennedy
Ms. Karen S. Mitchell, Clerk
Mr. Frederick M. Schattman

Case No. 18-10732


In re:  JULIUS OMAR ROBINSON,

                Movant

-----------------------------------------------------------------

CONSOLIDATED WITH 18-70022

UNITED STATES OF AMERICA,

                Plaintiff - Appellee

v.

JULIUS OMAR ROBINSON, also known as Face, also known as Scar, also known as Scarface,

                Defendant - Appellant