No. 18-10732

_____

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

_____

IN RE: JULIUS OMAR ROBINSON
MOVANT

_____

CONSOLIDATED WITH CASE NO. 18-70022

United States of America,
*Plaintiff-Appellee*

v.

Julius Omar Robinson,
*Defendant-Appellant*

_____

On Appeal from, and Motion for Authorization to File a Second or Successive § 2255 Motion in, the United States District Court for the Northern District of Texas, Fort Worth Division, Civ. Action No. 4:05-cv-756

_____

**NOTIFICATION THAT NO TRANSCRIPTS WILL BE ORDERED
(FED. R. APP. P. 10(b)(1)(B))**

JONATHAN C. AMINOFF (California Bar No. 259290)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0310
E-mail: jonathan_aminoff@fd.org

Attorneys for Julius Omar Robinson

**THIS IS A CAPITAL CASE**

To the Honorable United States Court of Appeals for the Fifth Circuit:

On June 29, 2018, Julius Robinson (hereafter "Robinson") filed a notice of appeal appealing to the United States Court of Appeals for the Fifth Circuit from the District Court's Memorandum Opinion and Order Transferring Robinson's Rule 60(b) Motion to the Fifth Circuit Court of Appeals filed on June 20, 2018 (USDC Dkt. No. 18) by the United States District Court for the Northern District of Texas, Fort Worth Division.

Pursuant to Federal Rule of Appellate Procedure, Rule 10(b)(1)(B), Robinson hereby states that no transcript will be ordered for this appeal.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

Dated: July 13, 2018          */ s/ Jonathan C. Aminoff*
JONATHAN C. AMINOFF
Deputy Federal Public Defender

Attorneys for Defendant-Appellant
Julius Omar Robinson

**CERTIFICATE OF SERVICE**

I certify that, on July 13, 2018, I electronically filed the foregoing document in the Fifth Circuit Court of Appeals using the Court's electronic case filing system. Because counsel for the United States of America, Assistant United States Attorney Timothy Funnel, has not yet entered a notice of appearance in this case, I emailed a copy of this document to Mr. Funnel on July 13, 2018.

*/s/ Jonathan C. Aminoff*
Jonathan C. Aminoff