No. 18-10732

_____

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

_____

IN RE: JULIUS OMAR ROBINSON
MOVANT

_____

CONSOLIDATED WITH CASE NO. 18-70022

United States of America,
*Plaintiff-Appellee*
v.
Julius Omar Robinson,
*Defendant-Appellant*

_____

On Appeal from, and Motion for Authorization to File a Second or Successive § 2255 Motion in, the United States District Court for the Northern District of Texas, Fort Worth Division, Civ. Action No. 4:05-cv-756

_____

**UNOPPOSED MOTION TO VACATE THE DUE DATE FOR ROBINSON'S MOTION FOR AUTHORIZATION TO FILE A SECOND § 2255 MOTION OR, ALTERNATIVELY, MOTION TO EXTEND TIME TO FILE MOTION FOR AUTHORIZATION**

HILARY POTASHNER
FEDERAL PUBLIC DEFENDER
JONATHAN C. AMINOFF (California Bar No. 259290)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0310
E-mail: jonathan_aminoff@fd.org

Attorneys for Julius Omar Robinson

**THIS IS A CAPITAL CASE**

To the Honorable United States Court of Appeals for the Fifth Circuit:

Julius Robinson respectfully requests that the Court vacate the current deadline of July 23, 2018 to file his motion for authorization to file a second or successive § 2255 motion and set the new deadline to coincide with the deadline for Robinson to file his opening appellate brief in the consolidated case. If the Court is not inclined to join the due dates, Robinson respectfully requests an extension of time to and including September 1, 2018, to file his motion. No prior extensions of time have been sought or granted. The Government does not oppose this motion.

On February 28, 2018, Robinson filed a motion for relief from judgment pursuant to Federal Rule of Civil Procedure, Rule 60(b)(6) in the United States District Court for the Northern District of Texas, Civil Action No. 4:05-cv-756, Dkt. No. 10. On April 30, 2018, the Government filed an opposition to Robinson's motion and Robinson filed a reply brief on June 13, 2018. Dkt. Nos. 14, 17. On June 20, 2018, the District Court concluded that Robinson's motion was a second or successive § 2255 motion but, rather than dismissing this action, the District Court transferred Robinson's motion to this Court. This Court docketed the case as *In re Robinson*, Case No. 18-10732, and set July 23, 2018, as the deadline for Robinson to file his motion for authorization to file a second or successive § 2255 motion.

Meanwhile, Robinson timely filed a notice of appeal on June 29, 2018, to challenge the District Court's finding that Robinson's Rule 60(b)(6) Motion was a disguised second or successive § 2255 motion. Dkt. No. 20. This Court docketed the notice of appeal as *United States v. Robinson*, Case No. 18-70022.

This Court *sua sponte* consolidated the two actions; Robinson's motion for authorization to file a second or successive § 2255 motion in the district court with Robinson's appeal of the District Court's finding that Robinson's Rule 60(b)(6) motion was, in fact, a second or successive petition. Neither issue requires a certificate of appealability. *United States v. Fulton*, 780 F.3d 863 (5th Cir. 2015).

Robinson's motion for authorization to file a second or successive § 2255 motion is currently due on July 23, 2018. There is, as yet, no due date for Robinson's opening brief concerning the propriety of the District Court's decision that Robinson's Rule 60(b)(6) motion was actually a second or successive § 2255 motion because the record on appeal has yet to be filed. FRAP 31(a). When the Court consolidated the actions, Robinson intended to file an opening brief addressing both issues which, pursuant to Rule 31(a), would be due within 40 days after the record is filed. Therefore Robinson respectfully requests that the present due date of July 23, 2018, for his motion for authorization to proceed on a second or successive motion be vacated and reset to match the yet-to-be-set due date for his opening brief.

If the Court is inclined to deny this motion and require that Robinson file his motion for authorization to file a second or successive § 2255 motion separate from his opening brief, then Robinson respectfully requests a 40-day extension of time to September 1, 2018.

Undersigned counsel Jonathan C. Aminoff requests this extension of time because he will not be able to complete the motion for authorization by the current deadline. Counsel currently represents eight other death-sentenced individuals, three of which are in advanced stages of litigation, meaning that they have exhausted their appeals and are vulnerable to execution. Over the past month counsel has devoted significant time to those cases. In addition, counsel has spent significant time working on a merits brief due in the District Court for the Central District of California in a case with an exceptionally large record. Finally this extension of time is further necessary because counsel was away from the office for three days in early July meeting with clients at the United States Penitentiary at Terre Haute, Indiana and was involved in a 3-day habeas corpus litigation training this past week.

//

//

//

//

For these reasons, Robinson respectfully requests that the Court vacate the deadline to file his motion for authorization to file a second or successive § 2255 motion, and set a single deadline for Robinson to file his combined motion and opening brief on appeal.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

Dated:  July 16, 2018        By  */ s/ Jonathan C. Aminoff*
                                JONATHAN C. AMINOFF
                                Deputy Federal Public Defender
                                321 East Second Street
                                Los Angeles, CA 90012

                                Attorneys for Julius Omar Robinson

## CERTIFICATE OF CONFERENCE

I certify that, over the course of the past week, I have exchanged emails with Assistant United States Attorney Timothy Funnell, counsel for Respondent-Appellee, regarding this motion.  On July 16, 2018, Mr. Funnell indicated that he does not oppose my request to vacate the due date for the motion for authorization to file a second or successive § 2255 motion.  On July 12, 2018, Mr. Funnell indicated that he does not oppose my alternate request for a 40-day extension of time.

/s/ Jonathan C. Aminoff
Jonathan C. Aminoff

**CERTIFICATE OF SERVICE**

I certify that, on July 16, 2018, I electronically filed the foregoing document in the Fifth Circuit Court of Appeals using the Court's electronic case filing system. Because counsel for the United States of America, Assistant United States Attorney Timothy Funnel, has not yet entered a notice of appearance in this case, I emailed a copy of this document to Mr. Funnel on July 16, 2018.

*/s/ Jonathan C. Aminoff*
Jonathan C. Aminoff
