No. 18-10732

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

————————

No. 18-10732

————————

In re:  JULIUS OMAR ROBINSON,

      Movant.

Consolidated with No. 18-70022

UNITED STATES OF AMERICA,

      Plaintiff−Appellee,

versus

JULIUS OMAR ROBINSON,
  also known as Face, also known as Scar, also known as Scarface,

      Defendant−Appellant.

————————————————

Motion for an Order Authorizing
the United States District Court
for the Northern District of Texas
to Consider a Successive 28 U.S.C. § 2255 Motion

————————————————

O R D E R:

    IT IS ORDERED that movant's unopposed motion for an extension of

time to file the motion for authorization simultaneously with the motion for certificate of appealability and brief in support is GRANTED in part and DENIED in part. The deadline for the motion for authorization is extended to August 7, 2018. No further extensions should be expected. This court does not grant extensions automatically or lightly. If counsel has taken on more work than he can reasonably handle, he needs to shed his excess assignments.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT