# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 17, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

```
No. 18-10732    In re: Julius Robinson
                USDC No. 4:05-CV-756
                USDC No. 4:00-CR-260-2
                USDC No. 4:05-CV-756
```

Enclosed is an order entered in this case.


                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Monica R. Washington, Deputy Clerk
                        504-310-7705


Mr. Jonathan C. Aminoff
Mr. Michael B. Charlton
Ms. Susan Cowger
Mr. Craig Anthony Harbaugh
Mr. Sean Kevin Kennedy
Mr. Frederick M. Schattman