# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————————

No. 18-10732

————————

In re: JULIUS OMAR ROBINSON,

    Movant.

------------------------------------------------------

Consolidated with No. 18-70022

UNITED STATES OF AMERICA,

    Plaintiff–Appellee,

versus

JULIUS OMAR ROBINSON,
    also known as Face, also known as Scar, also known as Scarface,

    Defendant–Appellant.

————————

Appeal from the United States District Court
for the Northern District of Texas

————————

O R D E R:

Movant's unopposed motion for clarification of the Court's order of July 17, 2018, is GRANTED. No certificate of appealability is needed. The

order of July 17, 2018, is VACATED.  The "Unopposed Motion to Vacate the Due Date for Robinson's Motion for Authorization to file a Second § 2255 Motion or, Alternatively, Motion to Extend Time to File Motion for Authorization," filed July 16, 2018, is GRANTED as follows:  The motion for authorization is due August 7.  The opening brief is due 40 days after the record is filed.


LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce__

ENTERED AT THE DIRECTION OF THE COURT