# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 02, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 18-10732   In re: Julius Robinson
    Cons w/ 18-70022 USA v. Julius Robinson
             USDC No. 4:05-CV-756
             USDC No. 4:00-CR-260-2

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

Mr. Jonathan C. Aminoff
Mr. Michael B. Charlton
Ms. Susan Cowger
Mr. Craig Anthony Harbaugh
Mr. Sean Kevin Kennedy
Mr. Frederick M. Schattman