# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 08, 2018

Mr. Timothy W. Funnell
U.S. Attorney's Office
Northern District of Texas
801 Cherry Street
Burnett Plaza Unit 4
Suite 1700
Fort Worth, TX 76102-6897

    No. 18-10732  Julius Robinson
        Cons w/18-70022 USA v. Julius Robinson
             USDC No. 4:05-CV-756
             USDC No. 4:00-CR-260-2

Dear Mr. Funnell:

Movant's motion for authorization to file a successive petition was filed August 7, 2018. The court request a response to the motion for authorization to file a successive petition. The response is due by no later than September 6, 2018.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

cc:  Mr. Jonathan C. Aminoff
     Mr. Craig Anthony Harbaugh