# 18-10732

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**UNITED STATES OF AMERICA,**
Plaintiff-Appellee

v.

**JULIUS OMAR ROBINSON,**
**also known as Face,**
**also known as Scar,**
**also known as Scarface,**
Defendant-Appellant

On Appeal from the United States District Court
For the Northern District of Texas
Fort Worth Division
District Court No. 4:05-CV-756-Y

## APPELLEE'S MOTION FOR EXTENSION OF TIME

The United States moves for an extension of time to file its response to Robinson's motion for authorization to file a successive motion under 28 U.S.C. § 2255. The response is currently due on September 6, 2018, and the United States seeks an extension of 30 days. The extension is needed due to the assigned attorney's workload and office transfer.

In the next two weeks, I have an appellee's brief due in *United States v. Palacios*, 17-10376 (due 8/22). I also have habeas responses due to the district court in *Miller v. United States*, 3:17-CV-2177-N-BT (due 8/27); *Pearson v. United States*, 3:18-CV-1677-K (due 8/27); *Puentes v. United States*, 4:18-CV-480-A (due 8/29); and *Gaines v. United States*, 4:18-CV-616-A (due 8/29). Additionally, I will be transferring out of state to another United States Attorney's Office the week of September 3 when this response is currently due.

This is the first extension request made by the United States, and it respectfully requests an extension of 30 days so that its response is due on October 9, 2018.

Respectfully submitted,

Erin Nealy Cox
United States Attorney

*/s/ Timothy W. Funnell*
Timothy W. Funnell
Assistant United States Attorney
Wisconsin Bar No. 1022716
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: (817) 252-5252
Tim.Funnell@usdoj.gov

## Certificate of Conference

I certify that Robinson's counsel is unopposed to this motion.

*/s/ Timothy W. Funnell*
Timothy W. Funnell
Assistant United States Attorney


## Certificate of Service

I certify that on August 15 2, 2018, this motion was filed using the Court's ECF system, which will electronically serve opposing counsel, and that: 1) required privacy redactions have been made; 2) the electronic submission is an exact copy of the paper document; and 3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

*/s/ Timothy W. Funnell*
Timothy W. Funnell
Assistant United States Attorney


## CERTIFICATE OF COMPLIANCE

1.     This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 174 words.

2.     This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Calisto MT font.

*/s/ Timothy W. Funnell*
Timothy W. Funnell
Assistant United States Attorney