**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**


August 15, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 18-10732   Julius Robinson
    Cons w/18-70022 USA v. Julius Robinson
              USDC No. 4:05-CV-756
              USDC No. 4:00-CR-260-2
              USDC No. 4:05-CV-756


Enclosed is an order entered in this case.



              Sincerely,

              LYLE W. CAYCE, Clerk

              By: _____
              Monica R. Washington, Deputy Clerk
              504-310-7705


Mr. Jonathan C. Aminoff
Mr. Michael B. Charlton
Ms. Susan Cowger
Mr. Timothy W. Funnell
Mr. Craig Anthony Harbaugh
Mr. James Wesley Hendrix
Mr. Sean Kevin Kennedy
Mr. Frederick M. Schattman