No. 18-10732

_____

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

_____

IN RE: JULIUS OMAR ROBINSON
MOVANT

_____

CONSOLIDATED WITH CASE NO. 18-70022

United States of America,
*Plaintiff-Appellee*
v.
Julius Omar Robinson,
*Defendant-Appellant*

_____

On Appeal from, and Motion for Authorization to File a Second or Successive § 2255 Motion in, the United States District Court for the Northern District of Texas, Fort Worth Division, Civ. Action No. 4:05-cv-756

_____

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

HILARY POTASHNER
FEDERAL PUBLIC DEFENDER
JONATHAN C. AMINOFF (California Bar No. 259290)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0310
E-mail: jonathan_aminoff@fd.org

Attorneys for Julius Omar Robinson

**THIS IS A CAPITAL CASE**

To the Honorable United States Court of Appeals for the Fifth Circuit:

Julius Robinson moves for an extension of time to file his opening brief on appeal. Robinson's opening brief is currently due on September 11, 2018, and Robinson requests a 2-week extension of time to and including September 25, 2018 to file his opening brief. This extension is needed due to the assigned attorney's workload.

On August 2, 2018, the Court set the due date of September 11, 2018, for Robinson to file his opening brief. Since August 2, 2018, undersigned counsel has filed Robinson's motion for an order authorizing the district court to consider a second or successive section 2255 motion in this Court. Counsel has also been litigating several death penalty cases in California, including one case with an exceptionally large record, and two cases where the petitioners are in the late stages of litigation and vulnerable to execution. Finally, counsel spent one day at San Quentin State Penitentiary meeting with five death-sentenced clients, and one day at the California Men's Colony in San Louis Obispo meeting with two inmates serving life sentences. Counsel is mindful that the Court disfavors requests for extensions of time, and would not seek additional time unless it was necessary.

This is the first extension request made by Robinson with respect to this brief, and he respectfully requests a two-week extension so that his brief is due on September 25, 2018.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

Dated:  September 4, 2018        By */ s/ Jonathan C. Aminoff*
                                 JONATHAN C. AMINOFF
                                 Deputy Federal Public Defender
                                 321 East Second Street
                                 Los Angeles, CA 90012

                                 Attorneys for Julius Omar Robinson

## CERTIFICATE OF CONFERENCE

I certify that on September 4, 2018, I emailed Mr. Funnell, counsel for the government in this action, concerning this motion. Shortly thereafter, Mr. Funnell sent me an email indicating that he does not oppose this request.

*/s/ Jonathan C. Aminoff*
Jonathan C. Aminoff

## CERTIFICATE OF SERVICE

I certify that, on September 4, 2018, I electronically filed the foregoing document in the Fifth Circuit Court of Appeals using the Court's electronic case filing system.

*/s/ Jonathan C. Aminoff*
Jonathan C. Aminoff