# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 05, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

        No. 18-10732    Julius Robinson
        Cons w/18-70022 USA v. Julius Robinson
                     USDC No. 4:05-CV-756
                     USDC No. 4:00-CR-260-2
                     USDC No. 4:05-CV-756

Enclosed is an order entered in these cases.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Mary Frances Yeager, Deputy Clerk
                    504-310-7686

Mr. Jonathan C. Aminoff
Mr. Michael B. Charlton
Ms. Susan Cowger
Mr. Timothy W. Funnell
Mr. Craig Anthony Harbaugh
Mr. James Wesley Hendrix
Mr. Sean Kevin Kennedy
Mr. Frederick M. Schattman