# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————

No. 18-10732

————

In re:  JULIUS OMAR ROBINSON,

     Movant.

-------------------------------------------------------

————

No. 18-70022

————

UNITED STATES OF AMERICA,

        Plaintiff–Appellee,

versus

JULIUS OMAR ROBINSON,
  Also Known as Face, Also Known as Scar, Also Known as Scarface,

       Defendant–Appellant.

————————————

Appeal from the United States District Court
for the Northern District of Texas

————————————

O R D E R:

     IT IS ORDERED that appellant's unopposed motion for an extension to file his brief is DENIED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce
ENTERED AT THE DIRECTION OF THE COURT
