# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 12, 2018

Mr. Jonathan C. Aminoff
Federal Public Defender's Office
Central District of California
321 E. 2nd Street
Los Angeles, CA 90012-4202

        No. 18-10732    Julius Robinson con w/
        18-70022        USA v. Julius Robinson
                        USDC No. 4:05-CV-756
                        USDC No. 4:00-CR-260-2
                        USDC No. 4:05-CV-756

Dear Mr. Aminoff,

The following pertains to your brief electronically filed on September 11, 2018.

We filed your brief. However, you must make the following corrections within the next 14 days.

You need to correct or add:

Caption on the brief does not agree with the caption of the case in compliance with FED. R. APP. P. 32(a)(2)(C). Caption must exactly match the Court's Official Caption (See Official Caption below)

Note: Once you have prepared your sufficient brief, you must electronically file your 'Proposed Sufficient Brief' by selecting from the Briefs category the event, Proposed Sufficient Brief, via the electronic filing system. Please do not send paper copies of the brief until requested to do so by the clerk's office. The brief is not sufficient until final review by the clerk's office. If the brief is in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient brief filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient brief **MUST** be dated on the actual date that service is being made. Also, if your brief is sealed, this event automatically seals/restricts any attached documents, therefore you may still use this event to submit a sufficient brief.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

cc:  Ms. Celeste Bacchi
     Mr. Michael B. Charlton
     Ms. Susan Cowger
     Mr. Timothy W. Funnell
     Mr. Craig Anthony Harbaugh
     Mr. James Wesley Hendrix
     Mr. Sean Kevin Kennedy
     Mr. Frederick M. Schattman

In re:  JULIUS OMAR ROBINSON,

                 Movant

------------------------------------------------------------

Consolidated with 18-70022

UNITED STATES OF AMERICA,

                 Plaintiff - Appellee

v.

JULIUS OMAR ROBINSON, also known as Face, also known as Scar, also known as Scarface,

                 Defendant - Appellant