# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 17, 2018

Mr. Jonathan C. Aminoff
Federal Public Defender's Office
Central District of California
321 E. 2nd Street
Los Angeles, CA 90012-4202

    No. 18-10732   Julius Robinson con w/
       18-70022   USA v. Julius Robinson
               USDC No. 4:05-CV-756
               USDC No. 4:00-CR-260-2

Dear Mr. Aminoff,

We have reviewed your electronically filed brief and it is sufficient.

You must submit the 7 paper copies of your brief required by 5ᵀᴴ CIR. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

The paper copies of your brief/record excerpts must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief/record excerpts directly from your original file without any header.

                 Sincerely,

                 LYLE W. CAYCE, Clerk

                 By: _____
                 Monica R. Washington, Deputy Clerk
                 504-310-7705

cc:  Ms. Celeste Bacchi
     Mr. Michael B. Charlton
     Ms. Susan Cowger
     Mr. Timothy W. Funnell
     Mr. Craig Anthony Harbaugh
     Mr. James Wesley Hendrix
     Mr. Sean Kevin Kennedy
     Mr. Frederick M. Schattman