**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**


September 12, 2018


Mr. Jonathan C. Aminoff
Federal Public Defender's Office
Central District of California
321 E. 2nd Street
Los Angeles, CA 90012-4202


        No. 18-10732    Julius Robinson con w/
           18-70022     USA v. Julius Robinson
                        USDC No. 4:05-CV-756
                        USDC No. 4:00-CR-260-2
                        USDC No. 4:05-CV-756


Dear Mr. Aminoff,

The following pertains to your record excerpts electronically filed on September 11, 2018.

We filed your record excerpts.  However, you must make the following correction(s) within the next 14 days.

You need to correct or add:

Caption on the record excerpts does not agree with the caption of the case in compliance with 5ᵀᴴ Cɪʀ. R. 30.1.7(d).  Caption must exactly match the Court's Official Caption (see Official Caption below)

Your certificate of service/proof of service must appear on the table of contents.

Note:  Once you have prepared your sufficient record excerpts, you must electronically file your 'Proposed Sufficient Record Excerpts' by selecting from the Briefs category the event, "Proposed Sufficient Record Excerpts", via the electronic filing system.  Please do not send paper copies of the record excerpts until requested to do so by the clerk's office.  The record excerpts are not sufficient until final review by the clerk's office.  If the record excerpts are in compliance, paper copies will be requested and you will receive a notice of docket activity advising you that the sufficient record excerpts filing has been accepted and no further corrections are necessary. The certificate of service/proof of service on your proposed sufficient record excerpts **MUST** be dated on the actual date that service is being

made.  Also, if your record excerpts are sealed, this event automatically seals/restricts any attached documents, therefore, you may still use this event to submit a sufficient record excerpts.



                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Monica R. Washington, Deputy Clerk
                        504-310-7705

cc:  Ms. Celeste Bacchi
     Mr. Michael B. Charlton
     Ms. Susan Cowger
     Mr. Timothy W. Funnell
     Mr. Craig Anthony Harbaugh
     Mr. James Wesley Hendrix
     Mr. Sean Kevin Kennedy
     Mr. Frederick M. Schattman

In re:  JULIUS OMAR ROBINSON,

                    Movant

----------------------------------------------------------

Consolidated with 18-70022

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee

v.

JULIUS OMAR ROBINSON, also known as Face, also known as Scar, also known as Scarface,

                    Defendant - Appellant