# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 17, 2018

Mr. Jonathan C. Aminoff
Federal Public Defender's Office
Central District of California
321 E. 2nd Street
Los Angeles, CA 90012-4202

        No. 18-10732    Julius Robinson con w/
            18-70022    USA v. Julius Robinson
                        USDC No. 4:05-CV-756
                        USDC No. 4:00-CR-260-2

Dear Mr. Aminoff,

We have reviewed your electronically filed record excerpts and it is sufficient.

You must submit the 4 paper copies of your record excerpts required by 5ᴛʜ Cɪʀ. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5ᴛʜ Cɪʀ. R. 30.1.7(c).

The paper copies of your brief/record excerpts must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief/record excerpts directly from your original file without any header.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Monica R. Washington, Deputy Clerk
                    504-310-7705

cc:  Ms. Celeste Bacchi
     Mr. Michael B. Charlton
     Ms. Susan Cowger
     Mr. Timothy W. Funnell
     Mr. Craig Anthony Harbaugh
     Mr. James Wesley Hendrix

Mr. Sean Kevin Kennedy
Mr. Frederick M. Schattman