No. 18-10732

_____

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

IN RE: JULIUS OMAR ROBINSON
MOVANT

_____

CONSOLIDATED WITH CASE NO. 18-70022

United States of America,
*Plaintiff-Appellee*
v.
Julius Omar Robinson, also known as Face, also known as Scar,
also known as Scarface,
*Defendant-Appellant*

_____

On Appeal from, and Motion for Authorization to File a Second or Successive § 2255 Motion in, the United States District Court for the Northern District of Texas, Fort Worth Division, Civ. Action No. 4:05-cv-756

_____

**APPELLANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF HIS MOTION FOR AUTHORIZATION TO FILE A SECOND OR SUCCESSIVE § 2255 Motion**

HILARY POTASHNER
FEDERAL PUBLIC DEFENDER
JONATHAN C. AMINOFF (California Bar No. 259290)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-5374 | Facsimile: (213) 894-0310
E-mail: jonathan_aminoff@fd.org

Attorneys for Julius Omar Robinson

**THIS IS A CAPITAL CASE**

To the Honorable United States Court of Appeals for the Fifth Circuit:

Julius Robinson moves for an extension of time to file his reply in support of his motion for authorization to file a second or successive section 2255 motion. Robinson's reply brief is currently due on October 1, 2018, and Robinson requests a 15-day extension of time to and including October 16, 2018.

On August 15, 2018, the Court granted the Government's request for an extension of time to and including October 9, 2018, to file its opposition to Robinson's motion. Per this briefing schedule, Robinson's reply brief would have been due on October 16, 2018. The government, however, filed its opposition on September 24, 2018. This moved the due date for Robinson's reply to October 1, 2018. FRAP 27(a)(4).

Robinson obviously did not have notice that his reply brief would suddenly be due 15 days earlier than expected, and counsel for Robinson will not be able to complete the reply brief by the current scheduled due date of October 1, 2018, due to his obligations to other matters. Counsel is aware that this Court does not look favorably on requests for extensions of time, hence Robinson is requesting that the Court only maintain the original briefing schedule set by the Court on August 15, 2018.

This is the first extension request made by Robinson with respect to this reply, and he respectfully requests a 15-day extension so that his reply is due on October 16, 2018.

Respectfully submitted,

HILARY POTASHNER
Federal Public Defender

Dated: September 28, 2018         By */s/ Jonathan C. Aminoff*
                                  JONATHAN C. AMINOFF
                                  Deputy Federal Public Defender
                                  321 East Second Street
                                  Los Angeles, CA 90012

                                  Attorneys for Julius Omar Robinson

## CERTIFICATE OF CONFERENCE

I certify that on September 28, 2018, I emailed Mr. Funnell, counsel for the government in this action, concerning this request.  Shortly thereafter, Mr. Funnell sent me an email indicating that he does not oppose this request.

/s/ Jonathan C. Aminoff
Jonathan C. Aminoff

## CERTIFICATE OF SERVICE

I certify that, on September 28, 2018, I electronically filed the foregoing document in the Fifth Circuit Court of Appeals using the Court's electronic case filing system.

/s/ Jonathan C. Aminoff
Jonathan C. Aminoff