# 18-10732

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**UNITED STATES OF AMERICA,**
Plaintiff-Appellee

v.

**JULIUS ROBINSON,**
**also known as Face,**
**also known as Scar, also known as Scarface,**
Defendant-Appellant

On Appeal from the United States District Court
For the Northern District of Texas
Fort Worth Division
District Court No. 4:05-CV-756-Y

**UNITED STATES' UNOPPOSED MOTION FOR
EXTENSION OF TIME**

The United States moves for an extension of time to file its brief, which is currently due on October 11, 2018. The government requests an extension of 15 days, until October 26, 2018. This is the first extension request the government has made, and Robinson's counsel is unopposed.

1

The extension is necessary because of the undersigned's current workload and schedule, and due to the complexity of Robinson's appeal. I filed the appellee's brief in *United States v. Markle*, No. 18-10472, on October 3, 2018, and I plan to file the appellee's brief in *United States v. Jones*, 18-10590, this week. I will also be in out-of-state training from October 10 to October 12.

Additionally, the record on appeal in the Robinson case is over 3,000 pages. The issue he raises follows a long and complicated procedural history, and is a complex question regarding the intersection of Federal Rule of Civil Procedure 60(b) and the Antiterrorism and Effective Death Penalty Act. As a result, it will not be possible to review the record, draft a response, and shepherd it through the United States Attorney's Office's mandatory review process before the current due date of October 11, 2018.

This motion is not filed for purposes of delay, but is made to ensure that the undersigned may provide the Court with a thorough and helpful brief. Thus, counsel moves for a 15-day extension to October 26, 2018.

Respectfully submitted,

Erin Nealy Cox
United States Attorney

/s/ Gail Hayworth
Gail Hayworth
Assistant United States Attorney
Texas Bar No. 24074382
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8600
gail.hayworth@usdoj.gov

### Certificate of Conference

I certify that Jonathan Aminoff, counsel for Robinson, is unopposed to this motion.

/s/ Gail Hayworth
Gail Hayworth
Assistant United States Attorney

### Certificate of Service

I certify that this document was served on Robinson's counsel on October 9, 2018, and that: (1) any required privacy redactions have been made; (2) the electronic submission is an exact copy of the paper document; and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

/s/ Gail Hayworth
Gail Hayworth
Assistant United States Attorney

## CERTIFICATE OF COMPLIANCE

1. This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 234 words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Calisto MT font.

*/s/Gail Hayworth*
Gail Hayworth
Assistant United States Attorney
Date: October 9, 2018