# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

————————

No. 18-10732

————————

In re: JULIUS OMAR ROBINSON,

    Movant.

--------------------------------------------------------

————————

No. 18-70022

————————

UNITED STATES OF AMERICA,

    Plaintiff–Appellee,

versus

JULIUS OMAR ROBINSON,
  Also Known as Face, Also Known as Scar, Also Known as Scarface,

    Defendant–Appellant.

————————————————

Appeal from the United States District Court
for the Northern District of Texas

————————————————


O R D E R:

    IT IS ORDERED that appellee's unopposed motion for an extension to file its brief is DENIED.  The motion for extension does not comply with Fifth

Circuit Rule 31.4.1(a): "A request for extension should be made as soon as it is reasonably possible to foresee the need for the extension. The clerk must receive a request for extension at least 7 days before the due date, unless the movant demonstrates, in detail, that the facts that form the basis of the motion either did not exist earlier or were not and with due diligence could not have been known earlier." Presumably, counsel's commitments, including other briefs and three days of out-of-state training, were known and obvious well in advance of the due date.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT