# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 10, 2018

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 18-10732   Julius Robinson con w/
        18-70022   USA v. Julius Robinson
                USDC No. 4:05-CV-756
                USDC No. 4:00-CR-260-2

Enclosed is an order entered in this case.


          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Monica R. Washington, Deputy Clerk
          504-310-7705

Mr. Jonathan C. Aminoff
Ms. Celeste Bacchi
Mr. Michael B. Charlton
Ms. Susan Cowger
Mr. Timothy W. Funnell
Mr. Craig Anthony Harbaugh
Ms. Gail A. Hayworth
Mr. James Wesley Hendrix
Mr. Sean Kevin Kennedy
Mr. Frederick M. Schattman