# 18-10732

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**UNITED STATES OF AMERICA,**
Plaintiff-Appellee

v.

**JULIUS ROBINSON,**
**also known as Face,**
**also known as Scar, also known as Scarface,**
Defendant-Appellant

On Appeal from the United States District Court
For the Northern District of Texas
Fort Worth Division
District Court No. 4:05-CV-756-Y

**UNITED STATES' UNOPPOSED**
**MOTION TO RECONSIDER DENIAL OF**
**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Pursuant to Fifth Circuit Rule 27.1, the government timely moves for reconsideration of the Clerk's order of October 10, 2018 denying the government's first motion for an extension of 15 days to file its brief. The appellant does not oppose this motion.

On September 11, 2018, the appellant filed a brief in this case. Completion of the appellee's responsive brief was assigned to the undersigned counsel, an Assistant U.S. Attorney who carries a very heavy caseload of criminal appeals and had briefs due at the time in *United States v. Markle*, 18-10472; *United States v. Tabor*, 18-10196; *United States v. Gallegos*, 18-10535; and *United States v. Jones*, 18-10590. Counsel worked very diligently, including substantial overtime, to complete all of these briefs and to avoid having to request an extension in this case. Counsel was successful in completing all four of the above-listed briefs within a one-month period and will file the last of them, *Jones*, by its deadline in a few days. Additionally, counsel was able to do so despite also having a family medical emergency this past month where she worked on a brief from the emergency room.

Unfortunately, counsel realized only in the last few days that, although she would be able to finish the final brief from the above list, she would be unable to complete the brief in Robinson's case by its October 11 deadline. Given her work schedule, counsel was not able to turn to Robinson's case until the Columbus Day holiday weekend, and it was only then, after making an initial assessment of the issues involved, that she fully understood that she would not be able to draft a response by the October 11 deadline. Thus, on the morning of October 9, 2018, the day after the Columbus Day holiday,

counsel filed a letter requesting an unopposed first extension of 15 days. The clerk's office contacted counsel and asked that she instead file a motion, so counsel complied and filed a motion, which explained her heavy caseload and the incredibly complex nature of this case, which is a death-penalty case that has a long procedural history and a record spanning over 3,000 pages. Counsel also noted that she had to travel for training from October 10 to October 12, which further complicated her completion of the brief.

The order denying the motion reasoned that the motion did not comply with Circuit Rule 31.4.1(a), which provides that an extension request be "made as soon as it is reasonably possible to foresee the need for an extension" and that a request for extension made within 7 days of the due date demonstrate "that the facts that form the basis of the motion either did not exist earlier or were not and with due diligence could not have been known earlier." In her motion, counsel attempted to explain the need for an extension in her first motion, and she reiterates here that she attempted very diligently to complete all five briefs to which she was assigned within a one-month period and only this week realized that she would be unable to complete the last brief on the list—the brief in this case—before she needed to leave for training. She apologizes for not realizing this sooner, but because of her heavy docket, it is

sometimes very difficult to ascertain if she will need extensions on some of her briefs until a few days before the due date.

Counsel respectfully requests that the Court reconsider her extension request and allow her a 15-day first extension on the brief with a new due date of October 26, 2018.  As noted above, Robinson's counsel is unopposed.

Respectfully submitted,

Erin Nealy Cox
United States Attorney

/s/ Gail Hayworth
Gail Hayworth
Assistant United States Attorney
Texas Bar No. 24074382
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8600
gail.hayworth@usdoj.gov

## Certificate of Conference

I certify that Jonathan Aminoff, counsel for Robinson, is unopposed to this motion.

/s/Gail Hayworth
Gail Hayworth
Assistant United States Attorney

## Certificate of Service

I certify that this document was served on Robinson's counsel on October 10, 2018, and that: (1) any required privacy redactions have been made; (2) the electronic submission is an exact copy of the paper document; and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free of viruses.

/s/Gail Hayworth
Gail Hayworth
Assistant United States Attorney

## CERTIFICATE OF COMPLIANCE

1.     This document complies with the type-volume limit of Fed. R. App. P. 32(a)(7)(B) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 603 words.

2.     This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point Calisto MT font.

*/s/Gail Hayworth*
Gail Hayworth
Assistant United States Attorney
Date: October 10, 2018