# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

————————

No. 18-10732

————————

In re: JULIUS OMAR ROBINSON,

    Movant.

-----------------------------------------------------------

————————

No. 18-70022

————————

UNITED STATES OF AMERICA,

       Plaintiff–Appellee,

versus

JULIUS OMAR ROBINSON,
  Also Known as Face, Also Known as Scar, Also Known as Scarface,

       Defendant–Appellant.

————————————————

Appeal from the United States District Court
for the Northern District of Texas

————————————————

O R D E R:

    The court denied appellee's unopposed motion for extension of time to file its brief. Appellee moves for reconsideration, again unopposed. Counsel

advances additional reasons not previously mentioned, including a family medical emergency. Counsel still does not mention why the original motion, filed much less than seven days before the deadline, failed to acknowledge and address Fifth Circuit Rule 31.4.1(a).

The order for reconsideration is GRANTED. The order denying the extension is WITHDRAWN. The motion for extension to October 26, 2018, is GRANTED in part. The deadline is extended to October 19, 2018. No further extension will be given for any reason.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT