# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 23, 2018

Ms. Gail A. Hayworth
U.S. Attorney's Office
Northern District of Texas
1100 Commerce Street
Suite 300
Dallas, TX 75242-1699

     No. 18-10732  In re: Julius Robinson con w/
        18-70022  USA v. Julius Robinson
                 USDC No. 4:05-CV-756
                 USDC No. 4:00-CR-260-2

Dear Ms. Hayworth,

We have reviewed your electronically filed brief and it is sufficient.

You must submit the 7 paper copies of your brief required by 5TH CIR. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

The paper copies of your brief/record excerpts must **not** contain a header noting "RESTRICTED". Therefore, please be sure that you print your paper copies **from this notice of docket activity** and not the proposed sufficient brief/record excerpts filed event so that it will contain the proper filing header. Alternatively, you may print the sufficient brief/record excerpts directly from your original file without any header.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Monica R. Washington, Deputy Clerk
                    504-310-7705

cc:  Mr. Jonathan C. Aminoff
     Ms. Celeste Bacchi
     Mr. Michael B. Charlton
     Ms. Susan Cowger
     Mr. Timothy W. Funnell
     Mr. Craig Anthony Harbaugh
     Mr. James Wesley Hendrix
     Mr. Sean Kevin Kennedy
     Mr. Frederick M. Schattman