# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 05, 2018

Mr. Jonathan C. Aminoff
Federal Public Defender's Office
Central District of California
321 E. 2nd Street
Los Angeles, CA 90012-4202

No. 18-10732    In re: Julius Robinson con w/
18-70022    USA v. Julius Robinson
USDC No. 4:05-CV-756
USDC No. 4:00-CR-260-2

Dear Mr. Aminoff,

We have reviewed your electronically filed brief and it is sufficient.

You must submit the 7 paper copies of your brief required by 5TH CIR. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Monica R. Washington, Deputy Clerk
504-310-7705

cc:  Ms. Celeste Bacchi
Mr. Michael B. Charlton
Ms. Susan Cowger
Mr. Timothy W. Funnell
Mr. Craig Anthony Harbaugh
Ms. Gail A. Hayworth
Mr. James Wesley Hendrix
Mr. Sean Kevin Kennedy
Mr. Frederick M. Schattman