# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 08, 2019

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 18-10732   In re: Julius Robinson
                       USDC No. 4:05-CV-756
                       USDC No. 4:00-CR-260-2

Dear Ms. Mitchell,

Enclosed is a certified copy of an opinion entered on March 8, 2019.  We have closed the case in this court.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Nancy F. Dolly, Deputy Clerk
504-310-7683

Enclosure(s)

cc:  Mr. Jonathan C. Aminoff
     Ms. Celeste Bacchi
     Mr. Michael B. Charlton
     Ms. Susan Cowger
     Mr. Craig Anthony Harbaugh
     Ms. Gail A. Hayworth
     Mr. James Wesley Hendrix
     Mr. Sean Kevin Kennedy
     Mr. Frederick M. Schattman