# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 12, 2019

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

      Re:  Julius Omar Robinson
             v. United States
             No. 19-5535
             (Your No. 18-10732, 18-70022)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on August 5, 2019 and placed on the docket August 12, 2019 as No. 19-5535.

Sincerely,

**Scott S. Harris**, Clerk

by

Michael Duggan
Case Analyst